# SEALED

```
                                                    ✓ FILED      ___ RECEIVED
                                                    ___ ENTERED  ___ SERVED ON
                                                              COUNSEL/PARTIES OF RECORD

                                                         MAR 31 2015

                                                    CLERK US DISTRICT COURT
                                                       DISTRICT OF NEVADA
                                                    BY: _____ DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   TROY K. FLAKE
3  Assistant United States Attorney
   U.S. Attorney's Office
4  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: 702-388-6336
   Facsimile: 702-388-6787
6  Email: *troy.flake@usdoj.gov*

7       Attorneys for the United States

8  ADAM PAUL LAXALT
   Nevada Attorney General
9  MARK KEMBERLING
   Chief Deputy Attorney General
10 Nevada Bar No. 5388
   555 East Washington Ave., Ste. 3900
11 Las Vegas, Nevada 89101
   Telephone: 702-486-3420
12 Facsimile: 702-486-3768
   Email: *mkemberling@ag.nv.gov*
13
        Attorneys for State of Nevada
14

15

16                    **UNITED STATES DISTRICT COURT**

17                         **DISTRICT OF NEVADA**

18 UNITED STATES OF AMERICA         )
   AND THE STATE OF NEVADA *ex rel.* )
19 MARY KAYE WELCH,                  )
                                     )
20         Plaintiffs,               )   Case No.: 2:14-cv-01786-MMD-GWF
                                     )
21     v.                            )
                                     )
22 MY LEFT FOOT CHILDREN'S           )
   THERAPY, LLC,                     )
23                                   )
   ANN MARIE GOTTLIEB,               )   **FILED *EX PARTE***
24                                   )   **AND UNDER SEAL**
   JONATHAN GOTTLIEB,                )
25                                   )
           Defendants.               )
26

**UNITED STATES' AND STATE OF NEVADA'S SECOND *EX PARTE* APPLICATION FOR A TWO-MONTH EXTENSION OF TIME TO CONSIDER ELECTION TO INTERVENE**

Plaintiff-Relator Mary Kaye Welch (Relator), filed this action under the Federal False Claims Act, 31 U.S.C. § 3729-33, and the Nevada False Claims Act, NRS 357.040(b), on or about October 28, 2014, on behalf of the United States and the State of Nevada (the "Governments"), against Defendants My Left Foot Children's therapy LLC, Ann Marie Gottlieb, and Jonathan Gottlieb (Defendants). Relator served her complaint and disclosure statement on the Governments on or about October 30, 2014. On January 2, 2015, the Court granted an extension of the deadline for the Governments to decide whether to intervene in this matter to March 31, 2015. The Governments request an additional two months, to and including Friday, May 29, 2015, to decide whether to intervene in this matter. This is the Governments' second extension request.

As discussed in the memorandum in support, filed *ex parte* and *in camera*, this extension is necessary for the Governments to advance their investigation of the Relator' allegations. Counsel for the United States conferred with counsel for Relator and has been advised that the Relator does not oppose an application for an extension of time. A form of order is also attached hereto.

Dated this 31st day of March, 2015.

DANIEL G. BOGDEN
United States Attorney

TROY K. FLAKE
Assistant United States Attorney
Attorneys for the United States

ADAM PAUL LAXALT
Nevada Attorney General

MARK KEMBERLING
Chief Deputy Attorney General
Attorneys for the State of Nevada

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNITED STATES' AND STATE OF NEVADA'S SECOND *EX PARTE* APPLICATION FOR A TWO-MONTH EXTENSION OF TIME TO CONSIDER ELECTION TO INTERVENE**

The United States and the State of Nevada (the "Governments") respectfully submit this memorandum, *ex parte* and *in camera*, in support of their application for a six-month extension of time to consider the election to intervene in this qui tam action. The Governments require additional time to investigate this matter.

Relator was employed as a speech and language pathologist by Defendants. The Defendants provide various therapy services to children through My Left Foot Therapy LLC. Relator alleges that Defendants submitted false or fraudulent claims to Medicaid by treating children who did not medically qualify for treatment and submitting false medical documentation to secure Medicaid authorization for treatment.

The Federal False Claims Act permits a private party (a relator) to bring suit to recover damages allegedly suffered by the United States due to fraud. Under this statute, the action remains under seal for 60 days from service on the United States of the complaint and written disclosure statement. During this 60 day period, the United States may elect to intervene and assume primary responsibility for the litigation. The evaluation time may be extended at the request of the United States upon a showing of good cause. 31 U.S.C. §3730(b)(2) and (3). The Nevada False Claims Act contains a similar provision. NRS § 357.110(1). Good cause exists in this case to extend the evaluation period.

This case contains complex allegations relating to thousands of claims. The Governments have assembled investigative teams to review these claims, which now involve Medicaid and Tricare. Counsel for the Governments interviewed the relator on January 27, 2015. The Governments are now working with the Relator to obtain additional documents in the Relator's possession which relate to the Relator's claims. After these records are received, they will be reviewed by the investigative teams and additional investigation will be pursued, if necessary.

Finally, the Governments request that the Court continue to keep the Complaint in this action under seal, pending the completion of the additional investigation and analysis necessary in this case.

3

Accordingly, the Governments request that the intervention deadline in this case be extended from March 31, 2015, to and including Friday, May 29, 2015; and the Complaint and other pleadings be kept under seal during that period. Counsel for the Relator has informed the United States that Relator does not object to an extension of the seal period for purposes of further investigation.

## CONCLUSION

For all of the above reasons, the United States and the State of Nevada respectfully request that this *Ex Parte* Application For A Two-Month Extension Of Time To Consider Election To Intervene be granted.

Dated this 31st day of March, 2015.

DANIEL G. BOGDEN
United States Attorney

TROY K. FLAKE
Assistant United States Attorney
Attorneys for the United States


ADAM PAUL LAXALT
Nevada Attorney General

MARK KEMBERLING
Chief Deputy Attorney General
Attorneys for the State of Nevada

4

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>AND THE STATE OF NEVADA *ex rel.*<br>MARY KAYE WELCH,<br><br>    Plaintiffs,<br><br>v.<br><br>MY LEFT FOOT CHILDREN'S<br>THERAPY, LLC,<br><br>ANN MARIE GOTTLIEB,<br><br>JONATHAN GOTTLIEB,<br><br>    Defendants. | Case No.: 2:14-cv-01786-MMD-GWF<br><br>**FILED *EX PARTE*<br>AND UNDER SEAL** |

## ORDER

The Court having considered the Application by the United States and State of Nevada for a two-month extension of time, and finding good cause having been shown, it is hereby ORDERED that:

1. Said Application is GRANTED; and

2. The United State and the State of Nevada shall have up to and including May 29, 2015, in which to investigate this qui tam and make their determination on intervention; and

3. The Complaint, docket entries, and all related filings in this case, including the United States' and the State of Nevada's Application, shall otherwise REMAIN UNDER SEAL until and including May 29, 2015, or further Order of this Court; and

4. The Clerk of the Court shall serve a copy of this Order upon counsel for the United States only and shall not serve a copy of this Order upon Relator or her counsel in this action.

IT IS SO ORDERED

This _ 1st _ day of _ April 2015.

_____
UNITED STATES DISTRICT JUDGE