# SEALED

United States Department of Justice
United States Attorney's Office
District Of Nevada
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702)388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*

Attorneys for the United States

ADAM PAUL LAXALT
Nevada Attorney General
MARK KEMBERLING
Chief Deputy Attorney General
Nevada Bar No. 5388
555 East Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: 702-486-3420
Facsimile: 702-486-3768
Email: *mkemberling@ag.nv.gov*

Attorneys for State of Nevada

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEVADA *ex rel.* MARY KAYE WELCH,<br><br>            Plaintiffs,<br><br>     v.<br><br>MY LEFT FOOT CHILDREN'S THERAPY, LLC,<br><br>ANN MARIE GOTTLIEB,<br><br>JONATHAN GOTTLIEB,<br><br>            Defendants. | Case No.: 2:14-cv-01786-MMD-GWF<br><br>**FILED *EX PARTE*<br>AND UNDER SEAL** |

# UNITED STATES AND STATE OF NEVADA'S
# NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action. Pursuant to the Nevada False Claims Act (NFCA), NRS 357.110(2), the State of Nevada also notifies the Court of its decision not to intervene in this action.

Although the United States and the State of Nevada decline to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* We also refer the Court to NRS 357.130, which allows the relator to maintain the action in the name of the State of Nevada, and NRS 357.080(1), which provides that the action "may be dismissed only with leave of the court, taking into account the public purposes of this chapter and the best interests of the parties."

The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States and the State of Nevada request that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States and the State of Nevada with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States and that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all Notices of Appeal.

The State of Nevada further requests, pursuant to NRS 357.130(1), that all pleadings filed in this action be served upon the State of Nevada and that orders issued by the Court be sent to the State of

Nevada's counsel. The State of Nevada reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim under NRS 357.080. The State of Nevada also requests that it be served with all notices of appeal.

Finally, the United States and the State of Nevada request that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States and the State of Nevada request that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' AND THE State of Nevada's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated this 29th day of May, 2015.

DANIEL G. BOGDEN
United States Attorney

/s/ Troy K. Flake
TROY K. FLAKE
Assistant United States Attorney
Attorneys for the United States

ADAM PAUL LAXALT
Nevada Attorney General

/s/ Mark Kemberling
MARK KEMBERLING
Chief Deputy Attorney General
Attorneys for the State of Nevada

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEVADA *ex rel.* MARY KAYE WELCH,<br><br>    Plaintiffs,<br><br>v.<br><br>MY LEFT FOOT CHILDREN'S THERAPY, LLC,<br><br>ANN MARIE GOTTLIEB,<br><br>JONATHAN GOTTLIEB,<br><br>    Defendants. | Case No.: 2:14-cv-01786-MMD-GWF<br><br>ORDER |

The United States and the State of Nevada having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the Nevada False Claims Act, NRS 357.110(2), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The United States' and the State of Nevada's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and upon the State of Nevada, as provided for in NRS 357.130(1). The United States or the State of

Nevada may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States and the State of Nevada;

6. All orders of this Court shall be sent to the United States and the State of Nevada; and that

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and the State of Nevada with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: _____