UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEVADA *ex rel.* MARY KAYE WELCH, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 2:14-cv-01786-MMD-GWF |
| v. | ) ) | ORDER |
| MY LEFT FOOT CHILDREN'S THERAPY, LLC, | ) ) ) | |
| ANN MARIE GOTTLIEB, | ) ) | |
| JONATHAN GOTTLIEB, | ) ) | |
| Defendants. | ) | |

The United States and the State of Nevada having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the Nevada False Claims Act, NRS 357.110(2), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The United States' and the State of Nevada's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and upon the State of Nevada, as provided for in NRS 357.130(1). The United States or the State of

Nevada may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States and the State of Nevada;
6. All orders of this Court shall be sent to the United States and the State of Nevada; and that
7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and the State of Nevada with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: May 31, 2015