SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

SHAWN HANSON (to be admitted *pro hac vice*)
shanson@akingump.com
MARIA ELLINIKOS (to be admitted *pro hac vice*)
mellinikos@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.765.9500
Fax: 415.765.9501

*Attorneys for Defendants My Left Foot Children's Therapy, LLC; Jon Gottlieb and Ann Marie Gottlieb*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEVADA *ex rel.* MARY KAYE WELCH,<br><br>Plaintiffs,<br><br>v.<br><br>MY LEFT FOOT CHILDREN'S THERAPY, LLC, JON GOTTLIEB, AND ANN MARIE GOTTLIEB,<br><br>Defendants. | Case No.: 2:14-cv-01786-MMD-GWF<br><br>**NOTICE OF RELATED CASES** |

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-2.1, the above-captioned case is related to another case filed with this Court titled *My Left Foot Children's Therapy Services LLC et al. v. Certain Underwriters at Lloyd's London subscribing to Policy No. HAH15-0632*, Case No. 2:15-cv-01746 ("Declaratory Relief Action"). The above-captioned action and the Declaratory Relief Action both involve "the same property, transaction or event." L.R. 7-2.1(b). The above-

captioned action alleges that My Left Foot Children's Therapy, LLC, Jon Gottlieb and Ann Marie Gottlieb (collectively "MLFCT') provided medically unnecessary therapy services to children in violation of the federal and Nevada False Claims Acts. The Declaratory Relief Action alleges that Certain Underwriters at Lloyd's London subscribing to Policy No. HAH15-0632 must defend MLFCT and indemnify MLFCT for claims and expenses incurred and sums MLFCT becomes obligated to pay in connection with the above-captioned action because it arises out of the therapy services MLFCT rendered. MLFCT submits that the actions should be consolidated and assigned to a single district judge because they both involve the therapy services MLFCT rendered.

Dated this 16th day of September, 2015.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Suzanne L. Martin
Suzanne L. Martin, Esq.
Shawn Hanson, Esq. (*to be admitted pro hac vice*)
Maria Ellinikos, Esq. (*to be admitted pro hac vice*)
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached **NOTICE OF RELATED CASES** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Troy K. Flake, Esq.
Mark N. Kemberling, Esq.
R. Scott Oswald, Esq.
David L. Scher, Esq.
L. Timothy Terry, Esq.

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby further certify that service of the foregoing **NOTICE OF RELATED CASES** was also made by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, to the following:

| | |
|---|---|
| Troy K. Flake, Esq.<br>United States Attorney<br>333 Las Vegas Blvd So., Ste. 5000<br>Las Vegas, NV 89101<br>*Attorneys for United States of America* | R. Scott Oswald, Esq.<br>David L. Scher, Esq.<br>The Employment Law Group, PC<br>888 17th St NW Ste 900<br>Washington, DC 20006<br>*Attorneys for Plaintiff* |
| Mark N. Kemberling, Esq.<br>Nevada Attorney General's Office<br>555 E. Washington Ave, Ste. 3900<br>Las Vegas, NV 89101<br>*Attorneys for State of Nevada* | L. Timothy Terry, Esq.<br>The Terry Law Firm, Ltd.<br>P. O. Box 2348<br>Carson City, NV 89702<br>*Attorneys for Plaintiff* |

Dated this 16th day of September, 2015.

                                               /s/ Mindy Warner
                                               An Employee of Ogletree, Deakins, Nash,
                                               Smoak & Stewart, P.C.

22411091.1