**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEVADA, *ex re*l, MARY KAY WELCH<br><br>         Plaintiff,<br><br>vs.<br><br>MY LEFT FOOT CHILDREN'S THERAPY, LLC, *et al.*,<br><br>         Defendants. | Case No.: 2:14-cv-01786-MMD-GWF<br><br>**ORDER** |

   This matter is before the Court on the Proposed Joint Discovery Plan and Scheduling Order (#26) filed November 18, 2015. LR 26-1(e)(1) sets a period of 180 days as a presumptively reasonable amount of time in which to conduct discovery. Discovery plans requesting longer than 180 days from the date the first defendant answers or appears require special scheduling review. LR 26-1(d) is explicit:

> Plans requesting special scheduling review shall include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(e), a statement of the reasons why longer or different time periods should apply to the case or, in cases in which the parties disagree as to the form or contents of the discovery plan, a statement of each party's position on each point in dispute.

   The parties having failed to comply with the requirements of LR 26-1. Accordingly,

   **IT IS HEREBY ORDERED** that the parties' Discovery Plan and Scheduling Order (#26) is denied, without prejudice.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and Scheduling Order in compliance with LR 26-1, including any request for special scheduling review, within seven (7) days of the date of this order.

DATED this 19th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge