**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEVADA, *ex re*l, MARY KAY WELCH<br><br>Plaintiff,<br><br>vs.<br><br>MY LEFT FOOT CHILDREN'S THERAPY, LLC, *et al.*,<br><br>Defendants. | Case No.: 2:14-cv-01786-MMD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Strike (ECF No. 72), filed on August 17, 2016.  Defendants filed their Response (ECF No. 73) on August 17, 2016.

Plaintiff-Relator requests that the Court strike Defendants' Reply (ECF No. 71) to Response to Motion to Dismiss on the grounds that it was filed untimely.  The Court entered an order approving the parties' stipulation that Defendants would have fourteen (14) days following the date that Plaintiffs filed their Opposition to file a Reply in support of the Motion to Dismiss. *See ECF No. 41*.  Plaintiffs filed their Opposition (ECF No. 69) to Motion to Dismiss on August 1, 2016.  Defendants filed their Reply (ECF No. 71) on August 15, 2016.  Defendants timely filed their Reply within the Court ordered stipulated briefing schedule.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike (ECF No. 72) is **denied**.

DATED this 18th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge