Daniel G. Bogden
United States Attorney
Troy K. Flake
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *troy.flake@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEVADA *ex rel.* MARY KAY WELCHE, <br><br> Plaintiffs, <br><br> v. <br><br> MY LEFT FOOT CHILDREN'S THERAPY LCC ANN MARIE GOTTLIEB, JONATHAN GOTTLIEB, <br><br> Defendants. | Case No: 2:14-cv-01786-MMD-GWF <br><br> **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** |

Pursuant to LR IA 11-3, the United States Department of Justice respectfully requests that this honorable Court admit the below-listed Government attorney, Jonathan H. Gold, to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Government counsel is an attorney with the United States Department of Justice, an agency of the federal government, and is a member in good standing of the bar of Maryland.

//

//

//

1

The following contact information is provided to the Court:

>Jonathan H. Gold
>Trial Attorney
>Civil Division
>United States Department of Justice
>P.O. Box 261
>Ben Franklin Station
>Washington, DC 20044
>Phone: (202) 353-7123
>Fax: (202) 307-3852
>Email: jonathan. gold@usdoj.gov

Accordingly, the United States Department of Justice respectfully requests that the Court admit Jonathan H. Gold to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 18th day of August 2016.

>DANIEL G. BOGDEN
>United States Attorney
>
> */s/ Troy K. Flake*
>TROY K. FLAKE
>Assistant United States Attorney

>IT IS SO ORDERED:
>
>*George Foley Jr.*
>UNITED STATES MAGISTRATE JUDGE
>
>DATED: 8/19/2016