Benjamin C. Mizer
Principal Deputy Assistant Attorney General

Daniel G. Bogden
United States Attorney

Jonathan H. Gold
Trial Attorney
United States Department of Justice, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-7123
Email: jonathan.gold@usdoj.gov

Troy K. Flake
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: troy.flake@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEVADA *ex rel.* MARY KAY WELCH, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>MY LEFT FOOT CHILDREN'S THERAPY LCC, ANN MARIE GOTTLIEB, JONATHAN GOTTLIEB, <br><br>　　　　　Defendants. | Case No: 2:14-cv-01786-MMD-GWF <br><br> **UNOPPOSED MOTION FOR LEAVE TO FILE STATEMENT OF INTEREST** |

　　　The United States respectfully moves for leave to file a five-page statement of interest to address several arguments the Defendants make in their Motion to Dismiss (doc. no. 68) and reply brief. The False Claims Act is the "government's primary litigative tool for the recovery of losses sustained as the result of fraud against the government." *Avco Corp. v. U.S. Dep't of Justice*, 884 F.2d 621, 622 (D.C. Cir. 1989). The government, therefore, has a significant interest in how decisions by the courts, even in declined actions, may shape future enforcement of the statute. Moreover, although the United States has declined to intervene in this case, it

1

1  remains the real party in interest.  *United States ex rel. Eisenstein v. City of New York*, 556 U.S.
2  928, 934 (2009).
3        The Defendants' motion raises matters that broadly relate to cases alleging that health
4  care providers submitted claims for services that were not reasonable and necessary.  The reply
5  brief (doc. no. 71), in particular, discusses several cases that were not previously cited or
6  discussed in the Defendants' opening brief, and therefore neither the Relator nor the Government
7  had an opportunity to address them previously.
8        Accordingly, the United States requests leave to file a five-page statement of interest, due
9  ten days from the date the Court grants leave to file the statement.  The United States has met
10 and conferred with the Defendants, who do not oppose this motion, but request that the Court
11 also allow them to file a five-page brief in reply to the Government's statement, to be due within
12 ten days of the Government's statement.  The United States does not oppose this request.
13       The United States has also conferred with counsel for the Relator, who does not oppose
14 the relief requested.
15       Accordingly, for the foregoing reasons, the United States respectfully seeks leave to file a
16 statement of interest in this action.
17       Respectfully submitted this 19th day of August 2016.

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

DANIEL G. BOGDEN
United States Attorney

 /s/  Jonathan H. Gold
Jonathan H. Gold
Trial Attorney

 /s/  Troy K. Flake
TROY K. FLAKE
Assistant United States Attorney

IT IS SO ORDERED:

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: 8/22/2016