**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
SUZANNE L. MARTIN (Nevada Bar No. 8833)
Wells Fargo Tower, Ste. 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 369-6800
Facsimile: (702) 369-6888
Email: suzanne.martin@ogletreedeakins.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
SHAWN HANSON (admitted *pro hac vice*)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email: shanson@akingump.com

Attorneys for Defendants My Left Foot Children's
Therapy, LLC, Jon Gottlieb, and Ann Marie Gottlieb

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEVADA *ex rel.* MARY KAYE WELCH,<br><br>  Plaintiffs,<br><br>v.<br><br>MY LEFT FOOT CHILDREN'S THERAPY, LLC, et al.,<br><br>  Defendants. | Case No. 2:14-cv-01786-MMD-GWF<br><br>**JOINT STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

The parties, through undersigned counsel, stipulate as set forth herein. Plaintiff Mary Kaye Welch ("Plaintiff") filed a motion for partial summary judgment on Monday, November 20, 2017 (ECF No. 133). The parties have agreed to and propose a briefing schedule for the opposition and reply that differ from the Local Rules. Specifically the parties hereby stipulate:

Under the Local Rules, the opposition to the motion for partial summary judgment will be due December 11, 2017. The parties hereby agree to extend the time for Defendants to file the opposition to **January 2, 2018**.

With the opposition due on January 2, 2018, under the Local Rules, the reply would be due on January 16, 2018. The parties hereby agree to extend the time for Plaintiff to file her reply to **January 23, 2018**.

Pursuant to Local Rule IA 6-1 and 26-4, this is the parties' first request. The additional time is necessary due to the parties' counsel's work schedules, as well as the upcoming holiday season. The additional time will be sufficient for both parties to properly brief their positions. This request is made in good faith and not for the purposes of delay.

Dated: November 20, 2017

**IT IS SO STIPULATED:**

By: /s/ David Scher

L. Timothy Terry, Esq.
The Terry Law Firm, Ltd
102 N. Curry Street
Carson City, NV 89703
tim@theterrylawfirm.com
Telephone: (775) 883-2348
Facsimile: (775) 883-2347

David Scher (admitted *pro hac vice*)
R. Scott Oswald (admitted *pro hac vice*)
Andrew Witko (admitted *pro hac vice*)
The Employment Law Group, P.C.
soswald@employmentlawgroup.com
dscher@employmentlawgroup.com
awitko@employmentlawgroup.com
888 17th Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 331-2883
Facsimile: (202) 261-2835

Attorneys for Plaintiff/Relator Mary Kaye Welch

By: /s/ Shawn Hanson

Shawn Hanson (admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Tel: 415-765-9500
Fax: 415-765-9501

Suzanne L. Martin
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
suzanne.martin@ogletreedeakins.com
Wells Fargo Tower
3800 Howard Hughes Pkwy, Suite 1500
Las Vegas, NV 89169
Tel: 702-369-6800
Fax: 702-369-6888

Attorneys for Defendants My Left Foot Children's Therapy, LLC, Jon Gottlieb and Ann Marie Gottlieb

**ORDER**

**IT IS SO ORDERED**:

DATED: November 22, 2017    By: _____
                                U.S. DISTRICT JUDGE

# CERTIFICATE OF SERVICE

*United States of America and State of Nevada ex rel. Welch v.*
*My Left Foot Children's Therapy, LLC, et al.*
U. S. District Court of Nevada Case No. 2:14-cv-01786-MMD-GWF

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On November 20, 2017, I served the foregoing document described as:

**JOINT STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

on the interested parties below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number**

BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the respective e-mail addresses of the parties as stated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2017, at San Francisco, California.

*/s/ Lorraine France-Gorn*
Lorraine France-Gorn