1  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
   SUZANNE L. MARTIN (Nevada Bar No. 8833)
2  Wells Fargo Tower, Ste. 1500
   3800 Howard Hughes Parkway
3  Las Vegas, NV 89169
   Telephone:    (702) 369-6800
4  Facsimile:    (702) 369-6888
   Email:        suzanne.martin@ogletreedeakins.com
5
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
6  SHAWN HANSON (admitted *pro hac vice*)
   580 California Street, Suite 1500
7  San Francisco, CA 94104
   Telephone:    (415) 765-9500
8  Facsimile:    (415) 765-9501
   Email:        shanson@akingump.com
9
   Attorneys for Defendants My Left Foot Children's
10 Therapy, LLC, Jon Gottlieb, and Ann Marie Gottlieb

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEVADA *ex rel.* MARY KAYE WELCH,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MY LEFT FOOT CHILDREN'S THERAPY, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:14-cv-01786-MMD-GWF<br><br>**JOINT STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[SECOND REQUEST]** |

　　　The parties, through undersigned counsel, stipulate as set forth herein. Plaintiff Mary Kaye Welch ("Plaintiff") filed a motion for partial summary judgment on Monday, November 20, 2017 (ECF No. 133). The parties have agreed to and propose a briefing schedule for the opposition and reply that differ from the Local Rules.

　　　Pursuant to Local Rule IA 6-1 and 26-4, this is the parties' second request. The first request was granted on November 22, 2017 (ECF No. 137). Pursuant to the previous request, Defendants' opposition is currently due on January 2, 2018, and Plaintiffs' reply is due on January 23, 2018. The

additional time is necessary because the deposition of Plaintiff, taken on November 28, 2017, was not completed at that time, and the parties have agreed to resume the deposition on December 19, 2017. In addition to the parties' counsel's work schedules and the upcoming holiday season, additional time is needed to receive and review the deposition transcript and incorporate it into the briefing. The parties believe that the additional time will be sufficient for both parties to properly brief their positions. This request is made in good faith and not for the purposes of delay.

Accordingly, the parties hereby stipulate:

The parties agree to extend the time for Defendants to file the opposition to **January 18, 2018**.

The parties agree to extend the time for Plaintiff to file her reply to **February 8, 2018.**

Dated: December 4, 2017

**IT IS SO STIPULATED:**

By: /s/ David Scher

L. Timothy Terry, Esq.
The Terry Law Firm, Ltd
102 N. Curry Street
Carson City, NV 89703
tim@theterrylawfirm.com
Telephone: (775) 883-2348
Facsimile: (775) 883-2347

David Scher (admitted *pro hac vice*)
R. Scott Oswald (admitted *pro hac vice*)
Andrew Witko (admitted *pro hac vice*)
The Employment Law Group, P.C.
soswald@employmentlawgroup.com
dscher@employmentlawgroup.com
awitko@employmentlawgroup.com
888 17th Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 331-2883
Facsimile: (202) 261-2835

Attorneys for Plaintiff/Relator Mary Kaye Welch

By: /s/ Shawn Hanson

Shawn Hanson (admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Tel: 415-765-9500
Fax: 415-765-9501

Suzanne L. Martin
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
suzanne.martin@ogletreedeakins.com
Wells Fargo Tower
3800 Howard Hughes Pkwy, Suite 1500
Las Vegas, NV 89169
Tel: 702-369-6800
Fax: 702-369-6888

Attorneys for Defendants My Left Foot Children's Therapy, LLC, Jon Gottlieb and Ann Marie Gottlieb

**ORDER**

**IT IS SO ORDERED**:

DATED: December 4, 2017       By: _____
                              U.S. DISTRICT JUDGE

2

JOINT STIPULATION TO EXTEND
CASE NO. 2:14-cv-01786-MMD-GWF

# CERTIFICATE OF SERVICE

*United States of America and State of Nevada ex rel. Welch v.*
*My Left Foot Children's Therapy, LLC, et al.*
U. S. District Court of Nevada Case No. 2:14-cv-01786-MMD-GWF

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On December 4, 2017, I served the foregoing document described as:

**JOINT STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [SECOND REQUEST]**

on the interested parties below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number**

BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the respective e-mail addresses of the parties as stated above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct. Executed on December 4, 2017, at San Francisco, California.

*/s/ Lorraine France-Gorn*
Lorraine France-Gorn