**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
SUZANNE L. MARTIN (Nevada Bar No. 8833)
Wells Fargo Tower, Ste. 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone:	(702) 369-6800
Facsimile:	(702) 369-6888
Email:	suzanne.martin@ogletreedeakins.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
SHAWN HANSON (admitted *pro hac vice*)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:	(415) 765-9500
Facsimile:	(415) 765-9501
Email:	shanson@akingump.com

Attorneys for Defendants My Left Foot Children's
Therapy, LLC, Jon Gottlieb, and Ann Marie Gottlieb

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEVADA *ex rel.* MARY KAYE WELCH, <br><br> Plaintiffs, <br><br> v. <br><br> MY LEFT FOOT CHILDREN'S THERAPY, LLC, et al., <br><br> Defendants. | Case No. 2:14-cv-01786-MMD-GWF <br><br> **JOINT MOTION FOR JUDICIAL SETTLEMENT CONFERENCE PURSUANT TO LOCAL RULE 16-5** |

Plaintiff Mary Kaye Welch and Defendants My Left Foot Children's Therapy, LLC, Jon Gottlieb and Ann Marie Gottlieb (collectively, "MLF"), by and through their respective counsel, hereby make this Joint Motion for an Order setting this matter for a settlement conference with the assigned Magistrate Judge, the Honorable George Foley, Jr., or referring this matter to an appropriate and available Magistrate Judge for purposes of conducting a settlement conference.

This Court may set any appropriate case for settlement conference or other alternative method

of dispute resolution.  *See* Local Rule 16-5.  The parties believe this case is appropriate for referral to a settlement conference because of its procedural posture and the parties' mutual willingness to resolve the matter.

As stated, the parties believe that the current procedural posture of this case makes it suitable for a judicial settlement conference.  Fact discovery closed on December 27, 2017, and Plaintiff's expert disclosure deadline is currently set for February 28, 2018.  However, concurrently with this Joint Motion, the parties are requesting an extension of expert discovery deadlines pending completion of the requested settlement conference.

On November 20, 2017, Plaintiff filed a motion for partial summary judgment seeking adjudication of whether MLF violated the Nevada False Claims Act, Nev. Rev. Stat. §357.040(b), and the federal False Claims Act, 31 U.S.C. § 3729, *et seq.*  (ECF No. 133.)  Pursuant to a court-approved stipulation, MLF's opposition to the motion is currently due on January 18, 2018.  (ECF No. 150.)  However, the parties have agreed to a two-week extension, and are filing a stipulation and proposed order to that effect concurrently with this Joint Motion.

The parties recognize that expert costs in this dispute may be significant, and Plaintiff's Motion for Partial Summary Judgment is not likely to be resolved before the close of expert discovery.  Accordingly, the parties would like the opportunity to participate in a settlement conference before additional costs are incurred.  As such, the parties respectfully request that the Court order the parties

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

to a settlement conference convened by the assigned, or another available, U.S. Magistrate Judge.

Dated: January 16, 2018

By:  /s/ David Scher

L. Timothy Terry, Esq.
The Terry Law Firm, Ltd
102 N. Curry Street
Carson City, NV 89703
tim@theterrylawfirm.com
Telephone: (775) 883-2348
Facsimile: (775) 883-2347

David Scher (admitted *pro hac vice)*
R. Scott Oswald (admitted *pro hac vice*)
Andrew Witko (admitted *pro hac vice*)
The Employment Law Group, P.C.
soswald@employmentlawgroup.com
dscher@employmentlawgroup.com
awitko@employmentlawgroup.com
888 17th Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 331-2883
Facsimile: (202) 261-2835

Attorneys for Plaintiff/Relator Mary Kaye Welch

By:  /s/ Shawn Hanson

Shawn Hanson (admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Tel: 415-765-9500
Fax: 415-765-9501

Suzanne L. Martin
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
suzanne.martin@ogletreedeakins.com
Wells Fargo Tower
3800 Howard Hughes Pkwy, Suite 1500
Las Vegas, NV 89169
Tel: 702-369-6800
Fax: 702-369-6888

Attorneys for Defendants My Left Foot Children's Therapy, LLC, Jon Gottlieb, and Ann Marie Gottlieb

**ORDER**

**IT IS SO ORDERED:**

_____/s/ George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

**DATED:** __January 17__, **2018**