**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
SUZANNE L. MARTIN (Nevada Bar No. 8833)
Wells Fargo Tower, Ste. 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone:     (702) 369-6800
Facsimile:      (702) 369-6888
Email:            suzanne.martin@ogletreedeakins.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
SHAWN HANSON (admitted *pro hac vice*)
580 California Street, Suite 1500
San Francisco, CA  94104
Telephone:     (415) 765-9500
Facsimile:      (415) 765-9501
Email:            shanson@akingump.com

Attorneys for Defendants My Left Foot Children's
Therapy, LLC, Jon Gottlieb and Ann Marie Gottlieb

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEVADA *ex rel.* MARY KAYE WELCH,<br><br>                      Plaintiffs,<br><br>        v.<br><br>MY LEFT FOOT CHILDREN'S THERAPY, LLC, et al.,<br><br>                      Defendants. | Case No. 2:14-cv-01786-MMD-GWF<br><br>**JOINT STIPULATION TO EXTEND DEADLINES IN SCHEDULING ORDER PER LOCAL RULES IA 6-1, IA 6-2, 7-1, AND 26-4**<br><br>*(THIRD REQUEST)* |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Local Rules IA 6-1, IA 6-2, 7-1, and 26-4, Plaintiff Mary Kaye Welch and Defendants My Left Foot Children's Therapy, LLC ("My Left Foot"), Jon Gottlieb, and Ann Marie Gottlieb ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree to extend the deadlines set forth in the Scheduling Order (ECF No. 124).  This is the Parties' third request to modify the deadlines in the Scheduling Order.  The first request, filed on August 14, 2017 (ECF No. 112), was granted (ECF No. 113), as was the second request, filed on

November 3, 2017.  (ECF Nos. 123, 124.)

## I. STATEMENT OF COMPLETED DISCOVERY

*Initial Disclosures*

The parties exchanged initial disclosures in June 2014.

*Fact Discovery*

Fact discovery closed on December 27, 2017.

## II. STATEMENT OF DISCOVERY TO BE COMPLETED

Expert discovery remains to be completed.  Plaintiffs' expert disclosure deadline is currently set for February 28, 2018, and Defendants' expert disclosure deadline is currently set for March 29, 2018.  Plaintiffs must disclose any rebuttal experts by May 7, 2018.  Expert discovery is currently scheduled to be completed by June 6, 2018.

## III. THE REASONS FOR THE REQUESTED EXTENSION

The parties have agreed to jointly request referral to a judicial settlement conference.  To avoid unnecessarily incurring significant costs associated with expert discovery, the parties have also agreed to jointly request a brief extension of the remaining deadlines in the Scheduling Order (ECF No. 124) pending the outcome of the settlement conference.

## IV. REVISED PROPOSED DISCOVERY PLAN

The Parties respectfully request that the Court refer the Parties to the Magistrate Judge and stay all expert deadlines pending completion of the settlement conference.  Following the completion of settlement conference and if the Parties are unable to resolve the matter, the Parties will propose deadlines for expert designations, reports, and rebuttals that flow from the date of the settlement conference and that are consistent with the timeline that has been  previously been approved by the Court.  In the interim, the Parties will continue to brief the summary judgment motion filed by Relator and will finish the outstanding fact depositions of Rebecca Bush and Meghan Gebhart.

This request is made in good faith and is designed to promote judicial economy and the efficient use of resources.  The Parties welcome the opportunity to participate in a conference call with

/ / /

/ / /

the Court to the extent the Court believes one to be necessary.

Dated: January 16, 2018

Respectfully submitted,

By: /s/ David Scher

David Scher (admitted *pro hac vice*)
R. Scott Oswald (admitted *pro hac vice*)
Andrew Witko (admitted *pro hac vice*)
The Employment Law Group, P.C.
soswald@employmentlawgroup.com
dscher@employmentlawgroup.com
awitko@employmentlawgroup.com
888 17th Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 331-2883
Facsimile: (202) 261-2835

L. Timothy Terry, Esq.
The Terry Law Firm, Ltd
102 N. Curry Street
Carson City, NV 89703
tim@theterrylawfirm.com
Telephone: (775) 883-2348
Facsimile: (775) 883-2347

Attorneys for Plaintiff/Relator Mary Kaye Welch

By: /s/ Shawn Hanson

Shawn Hanson (admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
shanson@akingump.com
Tel: 415-765-9500
Fax: 415-765-9501

Suzanne L. Martin
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
Wells Fargo Tower
3800 Howard Hughes Pkwy, Suite 1500
Las Vegas, NV 89169
suzanne.martin@ogletreedeakins.com
Tel: 702-369-6800
Fax: 702-369-6888

Attorneys for Defendants My Left Foot Children's Therapy, LLC, Jon Gottlieb and Ann Marie Gottlieb

## **ORDER**

IT IS SO ORDERED:

*[signature: George Foley Jr.]*
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: 1/17/2018