L. Timothy Terry, Esq.
The Terry Law Firm, Ltd
102 N. Curry Street
Carson City, NV 89703
tim@theterrylawfirm.com
Telephone: (775) 883-2348
Facsimile: (775) 883-2347

David Scher (*pro hac vice* to be filed)
R. Scott Oswald (*pro hac vice* to be filed)
Andrew M. Witko (*pro hac vice* to be filed)
The Employment Law Group, P.C.
soswald@employmentlawgroup.com
dscher@employmentlawgroup.com
888 17th Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 331-2883
Facsimile: (202) 261-2835

*Attorneys for Plaintiff/Relator Mary Kaye Welch*

**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**Civil Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA AND THE STATE OF NEVADA** *ex rel.* **MARY KAYE WELCH**<br><br>**Plaintiffs,**<br><br>v.<br><br>**MY LEFT FOOT CHILDREN'S THERAPY, LLC. ET AL.**<br><br>**Defendants.** | Civil Action No. 2:14-cv-01786-MMD-GWF<br><br>**JOINT STIPULATION TO EXTEND DEADLINES IN SCHEDULING ORDER**<br><br>**[FOURTH REQUEST]** |

The parties, through undersigned counsel, stipulate as set forth herein. Plaintiff Mary Kaye Welch ("Plaintiff" or "Relator") filed a motion for partial summary judgment on Monday, November 20, 2017 (ECF. No.133). Defendants My Left Foot ("Defendants") filed an opposition

to Plaintiff-Relator's Motion for Partial Summary Judgment on Thursday, February 1, 2018 (ECF No. 164). The parties have agreed to and propose a schedule for Plaintiff-Relator's reply that differs from the Local Rules.

Pursuant to Local Rule IA 6-1 and 26-4, this is the parties' fourth request. The first request was granted on November 22, 2017 (ECF No. 137), the second request was granted on December 4, 2017 (ECF No. 150), and the third request was granted on January 16, 2018 (ECF. No.157). Plaintiff-Relator's reply brief is currently due on February 22, 2018. Plaintiff-Relator has requested, and Defendant's agree to, an additional two weeks to file their reply brief. This request is made in good faith and not for the purposes of delay. The additional time is needed due to Plaintiff's counsel's work schedules. Accordingly, the parties hereby stipulate:

The parties agree to extend the time for Plaintiff to file her reply to March 8, 2018.

Dated: February 5, 2018

IT IS SO STIPULATED:

By: /s/ David Scher

David Scher (admitted *pro hac vice*)
R. Scott Oswald (admitted *pro hac vice*)
Andrew Witko (admitted *pro hac vice*)
The Employment Law Group, P.C.
soswald@employmentlawgroup.com
dscher@employmentlawgroup.com
awitko@employmentlawgroup.com
888 17th Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 331-2883
Facsimile: (202) 261-2835

L. Timothy Terry, Esq.
The Terry Law Firm, Ltd
102 N. Curry Street
Carson City, NV 89703
tim@theterrylawfirm.com
Telephone: (775) 883-2348
Facsimile: (775) 883-2347

Attorneys for Plaintiff/Relator Mary Kaye Welch

By: /s/ Shawn Hanson

Shawn Hanson (admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
shanson@akingump.com
Tel: 415-765-9500
Fax: 415-765-9501

Suzanne L. Martin
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
Wells Fargo Tower
3800 Howard Hughes Pkwy, Suite 1500
Las Vegas, NV 89169
suzanne.martin@ogletreedeakins.com
Tel: 702-369-6800
Fax: 702-369-6888

Attorneys for Defendants My Left Foot Children's Therapy, LLC, Jon Gottlieb and Ann Marie Gottlieb

## ORDER

IT IS SO ORDERED:

DATED: February 5, 2018

_____
U.S. DISTRICT JUDGE

DATED: February 5, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 5th day of February 2018, the foregoing was filed using the CM/ECF system and served upon the following:

Troy K. Flake
United States Attorney
Suite 5000
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101

Mark N. Kemberling
Nevada Attorney General's Office
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101

Danielle Ginty
Shawn Hanson
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Tel: 415-765-9500
Fax: 415-765-9501
*Attorneys for Defendants My Left Foot Children's Therapy, LLC;*
*John Gottlieb and Ann Marie Gottlieb*

Suzanne L. Martin
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
Wells Fargo Tower
3800 Howard Hughes Pkwy
Suite 1500
Las Vegas, NV 89169

702-369-6800
Fax: 702-369-6888
*Attorneys for Defendants My Left Foot Children's Therapy, LLC; John Gottlieb and Ann Marie Gottlieb*

/s/
_____
Dave Scher