**THE EMPLOYMENT LAW GROUP, P.C.**
R. SCOTT OSWALD (admitted *pro hac vice*)
888 17th Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 331-2883
Facsimile: (202) 261-2835
Email: soswald@employmentlawgroup.com

Attorneys for Plaintiff/Relator Mary Kaye Welch

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEVADA *ex rel.* MARY KAYE WELCH,<br><br>Plaintiffs,<br><br>v.<br><br>My Left Foot Children's therapy, LLC, et al.,<br><br>Defendants. | Case No. 2:14-cv-01786-MMD-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Relator Mary Kaye Welch ("Relator") filed this action under the *qui tam* provision of the False Claims Act, 31 U.S.C. § 3729, *et seq.*, against Defendants My Left Foot Children's Therapy, LLC ("My Left Foot"), Ann Marie Gottlieb, and Jon Gottlieb (collectively, "Defendants," and together with Relator, the United States, and the State of Nevada, the "Parties"). The Parties by and through their respective counsel, have reached a settlement in this case. Accordingly, there being no objection to the relief sought, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully

/ / /

/ / /

/ / /

/ / /

request that the Court enter the below [Proposed] Order.

IT IS SO STIPULATED.

DATED: _____     BY: ____/s/__R. Scott Oswald_____
                                      R. Scott Oswald
                                      The Employment Law Group, P.C.
                                      *Attorneys for Relator*

DATED: _____     BY: ____/s/_Troy Flake_____
                                      Troy Flake
                                      Office of the United States Attorney, District of Nevada
                                      Assistant United States Attorney

DATED: _____     BY: ____/s/_Mark Kemberling_____
                                      Mark Kemberling
                                      State of Nevada, Office of the Attorney General,
                                      Chief Deputy Attorney General

DATED: Nov. 15, 2018     BY: ____/s/ Shawn Hanson_____
                                      Shawn Hanson
                                      Akin Gump Strauss Hauer & Feld LLP
                                      *Attorneys for Defendants*

# ORDER

IT IS THEREFORE ORDERED that:

1. The allegations in the operative complaint against Defendants are dismissed with prejudice as to the Relator, and are dismissed as to the United States and the State of Nevada consistent with the Settlement Agreement, with prejudice as to the "Covered Conduct" as defined in the Settlement Agreement and otherwise without prejudice;

2. The Court shall retain jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreement; and

3. Having determined there is no just reason for delay, this Order shall be entered accordingly.

IT IS SO ORDERED.

Dated this 19th day of November 2018.

_____
United States District Judge